The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>TERRENCE PHILLIPS | Case Number:  22-cr-0058 DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

    Olaf Hedberg, attorney for Terrance Phillips and Alexis Klein stipulate as follows:

    1. Pretrial Service officers Frank Guerrero and Carolyn Truong have been asked about the removal of the Location Monitoring condition (PACER #21) of Defendant Terrance Phillips' Special Terms of Pretrial Release;

    2. Those Pretrial Officers have indicated that Mr. Phillips' performance on pretrial Release has been good. He has maintained stable employment, a stable residence, has tested negative for drugs and has participated in mental health counseling. Therefore, there have been no issues to report.

    3. As a result those Pretrial Services officers do not object to the removal of the location monitoring requirement (Special Condition #13 of PACER #21).

4. Therefore Special Condition #13 should be removed, and Defendant Terrance Phillips relieved of the requirement to be subject to Location Monitoring;

5. All other Special Conditions of Release are to remain in place;

6. In order to effectuate this stipulation Special Condition #14 should be renumbered #13 and Special Condition #15 should be renumbered #14.

IT IS SO STIPULATED

Dated: February 28, 2023  _____/s/_____
AUSA Alexis Klein

.

Dated: February 28, 2023  _____/s/_____
Olaf W. Hedberg

### [PROPOSED] ORDER

IT IS SO ORDERED that Defendant Terrence Phillips be released from the obligation that he be subject to Location Monitoring and that Special Condition of Release #13 (PACER 21) be deleted. All other Special Conditions are to remain in force, with Special Condition #14 to be renumbered #13 and Special Condition #15 should be renumbered #14.

Dated: February 28, 2023

Hon. Jeremy D. Peterson
United States Magistrate Judge