The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

THE UNITED STAES OF AMERICA

V.

TERRENCE PHILLIPS

Case Number:  22-cr-0058 DJC

**WAIVER OF APPEARANCE**

      Defendant, Terrance Phillips, hereby waives hiS right to be personally present in open court for the hearing of any status conference, motion, or other proceeding in this case, including the setting of trial dates, except that he will agree to be personally present for any plea, sentencing, or jury trial, and he agrees to be personally present in court when so ordered by the court. Defendant is currently working full time to support himself and taking time off work to attend court would have a substantial financial impact.

      Defendant Phillips hereby requests the Court to proceed during any absence that

the Court may permit pursuant to this waiver. Defendant agrees that him interests will be deemed represented at all times by the presence of him attorney or designee, the same as if defendant were personally present. Defendant further agrees to be present in court ready for trial on any date set by the court in Defendant's absence. Defendant Phillips further acknowledges that he has been informed of him rights under Title 18 U.S.C. 3161-3174 of the Speedy Trial Act and authorizes his counsel to set times and delays under the Act without him being present.

DATED: February 7, 2024           I consent to the above waiver of personal appearance.
                                  /s/Terrance Phillips
                                  TERRANCE PHILLIPS

DATED: February 7, 2024           I agree to the above waiver of personal appearance.
                                  /s/ Olaf W. Hedberg
                                  OLAF W. HEDBERG


                                  I approve the above waiver of personal appearance.

DATED:  February 8, 2024           /s/ Daniel J. Calabretta
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE

.